425 A.2d 752

**COMMONWEALTH**

v.

**ROBINSON, Appellant.**

Superior Court of Pennsylvania.

Submitted June 29, 1979.

Filed Dec. 5, 1980.

John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant.

Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Upon reconsideration, the order of this Court dated January 11, 1980, vacating judgment of sentence and remanding for a new trial on the charges of simple assault and robbery, affirming judgment of sentence on the charge of conspiracy, and remanding for resentencing on conspiracy, is affirmed.